In the Matter of WARREN L. SAUSSER v. DEPARTMENT OF HEALTH OF THE CITY OF NEW YORK.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

STANISLAO MONACO v. CHRISTOPHER F. TERRENCE and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

JAMES R. KING v. KENSINGTON CONSTRUCTION COMPANY, Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. LASH REALTY CO., INC., v. WILLIAM E. WALSH and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES J. LIEBMAN and Others v. AUTO STROP COMPANY and Others.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRAHAM BROTHERS AKTIEBOLAG (a Corporation) v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY (ABRAHAM J. BERG, Petitioner, Appellant).— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

GRAHAM BROTHERS AKTIEBOLAG (a Corporation) v. ST. PAUL FIRE AND MARINE INSURANCE COMPANY.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

FANNIE LEVY v. GEM CUTLERY CO., INC., Impleaded, etc.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

TILLIE CASEY and Others v. ARTHUR R. HARFT.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES L. KAHLER v. PETER KAHLER.— Motion denied, with ten dollars costs. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CLARENCE MAGUIRE v. CHARLES E. WARNER.— Motion denied, with ten dollars costs, and stay vacated. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ADELAIDE G. SUTPHEN, as Executrix, etc., v. MARY MOREY and Others.— Motion granted on plaintiff's giving undertaking to secure the amount of the judgment in favor of defendants on their counterclaim within ten days. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CHARLES J. LIEBMAN and Others v. AUTO STROP COMPANY and Others.— Motion granted upon plaintiffs' filing the undertaking required by section 591 of the Civil Practice Act. Settle order on notice. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

In the Matter of Acquiring Title to Land on LEONARD STREET for Court House Purposes, etc.— Motion granted. Settle order on notice. Present —. Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

CATHERINE O'BRIEN, an Infant, etc., v. JOSEPH BURJARSKY and Others.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.

ANNIE HOTT, as Administratrix, etc., v. LESTER J. LITTLE.— Motion granted. Present — Clarke, P. J., Dowling, Finch, McAvoy and Martin, JJ.